**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

ASMAR R WOODS,

      Plaintiff,

      v.                         CASE NO. 1:26-CV-170-HAB-ALT

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## OPINION AND ORDER

Plaintiff Asmar R. Woods ("Woods") seeks leave to proceed in forma pauperis. (ECF 2).

It appears that Woods cannot afford to pre-pay the filing fee. For these reasons, the Court:

    (1) GRANTS Woods leave to proceed in forma pauperis (ECF 2);

    (2) WAIVES payment of the filing fee; and

    (3) DIRECTS the clerk to docket a Notice of Commencement of Social Security Appeal

Action.

**SO ORDERED** on April 21, 2026.

                              s/ *Holly A. Brady*
                              CHIEF JUDGE HOLLY A. BRADY
                              UNITED STATES DISTRICT COURT